# United States Court of Appeals for the Federal Circuit

---

**ZHEJIANG MACHINERY IMPORT & EXPORT CORP.,**

*Plaintiff-Appellant*

v.

**UNITED STATES,**

*Defendant-Appellee*

---

2021-2257

---

Appeal from the United States Court of International Trade in No. 1:19-cv-00039-GSK, Judge Gary S. Katzmann.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered April 14, 2023, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

June 5, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Acting Clerk of Court